Jacob C. Klinck, as Trustee, etc., Respondent, v. Frederick B. Keppy, Appellant.— Judgment of the Municipal Court affirmed, with costs.   No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

James Matthews and Gardiner D. Matthews, Respondents, v. Alexander Elias Appellant.— Judgment of the Municipal Court affirmed, with costs.   No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

John C. O'Conor, Plaintiff, v. Daniel S. McElroy, Defendant.— Exceptions overruled and judgment directed to be entered by the trial court, with costs. No opinion.   Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Michael Paladino, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Kings county reversed and new trial ordered, costs to abide the event, on the ground that the exception was well taken to the refusal of the court to charge the request at folios 180–181. Jenks, Burr and Miller, JJ., concurred; Hirschberg, P. J., and Rich, J., dissented.

Moe Paris and Others, Appellants, v. The Little Giant Realty Company and Others, Defendants, Impleaded with David Kratenstein and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

Hugh Rice, Respondent, v. MacArthur Brothers Company and Others, Appellants.— Judgment and order unanimously affirmed, with costs.   No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ.

Joseph Schaffhauser, Respondent, v. S. Liebmann's Sons Brewing Company, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Hirschberg, P. J., Burr and Rich, JJ., concurred; Jenks and Miller, JJ., dissented.

Frank Schulze, Respondent, v. Hattie J. Farrell, Appellant.— Order modified by requiring as a condition of the amendment that the plaintiff pay the defendant all costs and disbursements of the action antecedent to the granting of the application and ten dollars costs of the application, and as modified affirmed, without costs to either party.   No opinion.   Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

---

* See Laws of 1882, chap. 303, as amd. by Laws of 1889, chap. 357 ; Code Civ. Proc. § 2240, cited by counsel.— [REP.